IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NATASHA MONTEZ-FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-0144-DGK |
| ) | |
| B&C RESTAURANT CORPORATION, ) | |
| d/b/a THE HEREFORD HOUSE ) | |
| AND SKIVERS CORPORATION, d/b/a ) | |
| ANDERSON RESTAURANT GROUP, ) | |
| ) | |
| Defendant. ) | |

### ORDER NOTIFYING THE PARTIES THE COURT MAY UNSEAL THE SETTLEMENT DOCUMENT

This case arises out of Plaintiff's employment as a server and bartender with Defendant B&C Restaurant Corporation d/b/a The Hereford House. Plaintiff alleges that Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and Missouri state law, Mo. Rev. Stat. § 290.500, by willfully failing to pay her the minimum wage and overtime compensation due. Defendant denies the allegations.

Now before the Court is the Settlement (Doc. 34) between Plaintiff and Defendant which the parties have filed under seal. The Court granted the parties' request to file the Settlement under seal based on the parties' representation that the Settlement referenced sensitive business information that might damage Defendant if released. Order (Doc. 31) at 6. When it granted the request, the Court indicated it would review the Settlement and make a preliminary determination whether it should remain sealed. *Id.* at 7. The Court stated that if its preliminary determination was it should not remain sealed, it would notify the parties and give them an opportunity to brief the issue before the Court made a final decision whether to unseal it. *Id.*

Having reviewed the Settlement, the Court's initial impression is that it does not contain any sensitive information that merits keeping it sealed. Consistent with its previous order, the Court invites the parties to submit a brief identifying the sensitive business information contained in the Settlement and explaining why the Settlement should remain sealed. This brief should be filed on or before February 3, 2016, and should not exceed fifteen pages. This document may be filed under seal.

**IT IS SO ORDERED.**

Date: January 26, 2016  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT